**STATE of Missouri, Respondent,**

v.

**Joseph M. BRAUGHTON, Appellant.**

**WD 77817**

Missouri Court of Appeals, Western District.

ORDER FILED: March 29, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2016

Application for Transfer Denied June 28, 2016

Richard A. Starnes, Jefferson City, MO, for respondent.

Damien De Loyola, Kansas City, MO, for appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, Mark D. Pfeiffer, Judge and Karen King Mitchell, Judge

---

## ORDER

Per curiam:

Joseph M. Braughton appeals from the trial court's judgment convicting him of two counts of child molestation in the first degree, one count of statutory sodomy in the second degree, one count of attempted child molestation in the first degree, and one count of statutory sodomy in the first degree. Braughton argues that the trial court erred in allowing the State to discuss all charged counts together during its opening statement and closing argument. We affirm. Rule 30.25(b).